**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRISTIAN M. SMITHSON,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:14-cv-1866** |
| **v.** | : | |
| | : | |
| **MARIAH BRITTANY RIZZO, et al.,** | : | **(Judge Kane)** |
| **Defendants** | : | |

-----------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **CHRISTIAN M. SMITHSON,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:14-cv-1867** |
| **v.** | : | |
| | : | |
| **TROOPER BURNHAM, et al.,** | : | **(Judge Kane)** |
| **Defendants** | : | |

<u>**ORDER**</u>

**AND NOW,** on this 7th day of April 2015, **IT IS HEREBY ORDERED THAT**:

1.  Magistrate Judge Blewitt's Report and Recommendation (No. 14-1866, Doc. No. 21; No. 14-1867, Doc. No. 19) is **ADOPTED**;

2.  Plaintiff's objections (No. 14-1866, Doc. No. 24) are **OVERRULED**;

3.  The Clerk of Court is directed to consolidate the case docketed as Civil Action No. 1:14-cv-1867 into the case docketed as Civil Action No. 1:14-cv-1866, and to close the case docketed as Civil Action No. 1:14-cv-1867;

4.  Defendants' motions to dismiss (No. 14-1866, Doc. No. 2; No. 14-1867, Doc. No. 2) are **GRANTED AS FOLLOWS**:

    a.  Plaintiff's claims against the Pennsylvania State Police and for money damages under the Pennsylvania Constitution are **DISMISSED WITH PREJUDICE**;

    b.  The remainder of Plaintiff's claims are **DISMISSED WITHOUT**

1

**PREJUDICE**;

5.   Plaintiff's motions for summary judgment (No. 14-1866, Doc. No. 13; No. 14-1867, Doc. No. 11) are **DENIED**;

6.   Plaintiff's motions requesting that the Court hold a hearing (No. 14-1866, Doc. No. 30; No. 14-1867, Doc. Nos. 22, 27) are **DENIED**;

7.   Plaintiff's motions to remove mistitled earlier motions requesting <u>habeas</u> relief (No. 14-1866, Doc. No. 29; No. 14-1867, Doc. No. 26) are **DENIED AS MOOT**;

8.   Defendants' motions to stay summary judgment (No. 14-1866, Doc. Nos. 15, 18; No. 14-1867, Doc. Nos. 13, 16) are **DENIED AS MOOT**;

9.   Plaintiff's motions to remove Defendant York County Public Defender's Office (No. 14-1866, Doc. Nos. 25, 28; No. 14-1867, Doc. No. 22) are **DENIED AS MOOT**;

10.  Plaintiff's motion to exceed page limitation (No. 14-1866, Doc. No. 23) is **DENIED AS MOOT**; and,

11.  The Clerk of Court is also directed to close the consolidated case docketed at Civil Action No. 1:14-cv-1866.

<u>S/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

2