**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRISTIAN M. SMITHSON,** | : | |
| **Plaintiff** | : | **No. 1:14-cv-1866** |
| | : | |
| | : | **(Judge Kane)** |
| | : | |
| **MARIAH BRITTANY RIZZO, et al.,** | : | |
| **Defendants** | : | |

<u>**ORDER**</u>

**AND NOW,** on this 29th day of August 2016, **IT IS HEREBY ORDERED THAT**:

1.  Defendants Jonathan Burnham, Matthew Hamilton, Jeffrey Gotwals, and the Pennsylvania State Police's motion to dismiss the re-filed complaint (Doc. No. 34) is **GRANTED**;

2.  Plaintiff Christian M. Smithson's claims against Defendants Jonathan Burnham, Matthew Hamilton, Jeffrey Gotwals, and the Pennsylvania State Police (Doc. No. 33), are **DISMISSED WITH PREJUDICE**; and

3.  Plaintiff Christian M. Smithson's motion for issuance of subpoena (Doc. No. 38), is **DENIED AS MOOT**.

<u>S/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania